__NO. 06-15-00056-CR__
__Trial ct. No 5629-C__

EX Parte                    § }    6th Court of Appeals
Billy MAX Collins           }
        V.                  }
Texas, State                }          Texarkana, Texas
                            }          Chief Justice
                            }          Josh R. Morriss III

RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 4 2015

Texarkana, Texas
Debra Autrey, Clerk

__Supplemental motion__
__of Order Granting 6th Court Jurisdiction__

FILED IN
The Court of Appeals
Sixth District

JUN 0 5 2015

Texarkana, Texas
Debra K. Autrey, Clerk

To the Honorable Justices
of 6th appellate District of
Texarkana, Texas.

Pro-SA Defendant Billy MAX Collins
would apolize profusely to the
Issue of Jurisdiction.

Pro-SA Defendant inadvertaintly
failed to send this crucial Document
"Trial Courts certification of
Defendants Right of Appeal"

Document is enclosed with as
attachment Dated 4-23-15
Signed by Robert Newsome.

Pro-Se Defendant would like to express the Respect that this court has gained from Defendant is with out proper words of thanks. May GoD continue to guide you in all Issue's of fairness + Justice.

Regardless of This courts Decision whether you rule in favor off or against This Texarkana Court + Ladies of the clerks office will always have my up most Respect For showing me proper respect as a laymen working under Duress,

In closing I only have one last carnal Issue to expand on States Brief refers To 15 days I never did. States Brief also States regardless of merit State thinks it is moot + untimely. Pro-Se Defendant has showed this court otherwise
GoD Bless
Billy Max Calline 1884849, 1300 Fm 655, Rosharon, Texas 77583



NO. ___5629-C___

THE STATE OF TEXAS

V.

<u>Billy Max Collins</u>
Defendant

IN THE COUNTY COURT

OF

HOPKINS COUNTY, TEXAS

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, judge of the trial court, certify this criminal case:

_____ ✓ is not a plea-bargain case, and the defendant has the right of appeal.

_____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

_____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

_____ is a plea-bargain case, and the defendant has NO right of appeal.

_____ the defendant has waived the right of appeal.

_____
Judge

_____4-23-15_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant
Mailing address:
Telephone number:
Fax # (if any):

_____
Defendant's Counsel
State Bar of TX ID #
Mailing address:
Telephone number:
Fax # (if any)

ECHO PUBLISHING CO.
(903) 885-0861

DEFENDANT

Rev. 09/07